**In re: Patricia A. MCCOLM, Debtor,**

**Patricia A. McColm, Appellant,**

v.

**United States Bankruptcy Court;
et al., Appellees,**

and

**Bank of New York, Trustee under the pooling and servicing agreement dated as of October 1994, by Independent National Mortgage Corporation, as its attorney-in-fact, and GMAC Mortgage Corporation, as subservicer; et al., Trustees.**

No. 01–15905.
D.C. Nos. CV–00–04008–MJJ, CV–00–04155–MJJ, CV–00–04188–MJJ, CV–00–04223–MJJ, CV–00–04587–MJJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. Ac-

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Patricia A. McColm appeals pro se the district court's order dismissing her appeals from orders of the bankruptcy court. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review for abuse of discretion a dismissal for failure to comply with a local rule of the district court, *Ghazali v. Moran,* 46 F.3d 52, 53 (9th Cir.1995) (per curiam), and we affirm.

"The trial court's dismissal should not be disturbed unless there is a definite and firm conviction that the court below committed a clear error of judgment in the conclusion it reached upon a weighing of the relevant factors." *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir.1992) (internal quotations omitted). We conclude that the district court did not abuse its discretion in dismissing appellant's action for failing to comply with a local rule regarding the briefing schedule. *Ghazali,* 46 F.3d at 53.

Appellant's motion to strike the answering brief is denied.

AFFIRMED.

cordingly, we deny appellant's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.